# COOK,
dba Gresham Health Center
Nurse Practitioner Clinic,
*Petitioner,*

*v.*

## WORKERS' COMPENSATION DEPARTMENT,
*Respondent.*

(WCD 6-1985; CA A38782)

742 P2d 714

Before Warden, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

In this challenge to a rule of the Workers' Compensation Department brought under ORS 183.400, petitioner seeks review of our decision, which "affirmed" without opinion. *Cook v. Workers' Compensation Dept.,* 85 Or App 219, 736 P2d 230 (1987). We consider the petition for review as one for reconsideration. ORAP 10.10. We allow reconsideration and uphold the rule.

A challenge to an administrative rule in this court is an original proceeding, and our determination of the rule's validity should, generally, be by written opinion. *Cook v. Workers' Compensation Dept.,* 79 Or App 21, 717 P2d 658, *rev den* 301 Or 666 (1986).

We have considered petitioner's arguments challenging the validity of OAR 436-10-050 and find them to be without merit.

Reconsideration allowed; rule upheld.